IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02661-REB-MJW

NATIONAL GENERAL INSURANCE CO.,

Plaintiff(s),

v.

COUNTRY COACH, INC., et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Plaintiff's Motion to Add Additional Party Defendant Pursuant to Fed. R. Civ. P. 19 and 20, Scheduling Order of February 3, 2008, and Motion to Amend Plaintiff's Complaint (docket no. 16) is DENIED WITHOUT PREJUDICE since Plaintiff has failed to comply with D.C.COLO.LCivR 7.1 A.

Date: March 17, 2008