IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 07-cv-02661-REB-MJW

NATIONAL GENERAL INSURANCE CO.,

Plaintiff(s),

v.

COUNTRY COACH, INC., et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Renewed Motion to Add Additional Party Defendant Pursuant to Fed. R. Civ. P. 19 and 20, Scheduling Order of February 3, 2008, and Motion to Amend Plaintiff's Complaint (docket no. 24), like plaintiff's virtually identical motion in Docket No. 18, is DENIED WITHOUT PREJUDICE because the Plaintiff has once again failed to comply with D.C.COLO.LCivR 7.1 A (Duty to Confer). In addition the court notes D.C.COLO.LCivR 10.1(E) (Spacing).

Date: March 24, 2008