**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02661-REB-MJW

NATIONAL GENERAL INSURANCE CO., as subrogee for GUENTHER KIPPSCHULL,

    Plaintiff,

v.

COUNTRY COACH, INC. , a foreign corporation, and
BEAUDRY RV, INC., a foreign corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the parties' **Stipulation of Dismissal With Prejudice** [#44] filed September 17, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#44] filed September 17, 2008, is **APPROVED**;

    2. That the Trial Preparation Conference set for February 27, 2009, is **VACATED**;

    3. That the trial to the court set to commence on March 2, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 18, 2008, at Denver, Colorado.

**BY THE COURT:**

<u>s/Robert E. Blackburn</u>
**Robert E. Blackburn**
**United States District Judge**